IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LACHELLE CAISON, individually and for all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SOGETI USA, LLC, TASSER TECHNOLOGIES, INC., and NET2SOURCE INC.<br><br>Defendants. | )<br>)<br>) Case No. 1:17-cv-2786<br>)<br>)<br>) Honorable Matthew F. Kennelly<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER AND JUDGMENT

The Court has considered Plaintiff and Sogeti USA, LLC's *Amended* Joint Motion for Approval of FLSA Collective Action Settlement (the "Motion") and other related materials submitted by the Settling Parties, as well as the Settling Parties' presentation at the approval hearing, and otherwise being fully informed on the premises, hereby finds and orders as follows:

1. All terms used in this Approval Order will have the same meaning as defined in the Joint Stipulation of Settlement and Release (the "Settlement Agreement"), and all terms of the Settlement Agreement are incorporated herein.

2. The Court grants approval of the settlement memorialized in the Settlement Agreement filed with the Court.

3. The Court finds that the settlement is a fair, adequate, and reasonable resolution of a *bona fide* dispute over provisions of the FLSA.

4. The Notice of Settlement, attached to the Motion as Exhibit D, is found to be accurate, objective, and informative and provides Potential Opt-In Plaintiffs with all of the

information necessary to make an informed decision regarding their participation in the settlement.

5. The Court approves the Notice of Settlement and authorizes the Settlement Administrator to mail the Settlement Packet to Potential Opt-In Plaintiffs as provided in the Settlement Agreement.

6. The Court finds that Named Plaintiff LaChelle Caison, in prosecuting the case on behalf of others similarly situated, made a substantial contribution to its outcome and is therefore deserving of a Service Payment in recognition of her efforts. A Service Payment in the amount of $10,000.00 is therefore approved for the Named Plaintiff in addition to any pro rata share of the Net Settlement Fund to which she is entitled.

7. The Court approves an award of Attorneys' Fees to Plaintiffs' Counsel in the amount of one-third of the Gross Fund ($108,333.33) and Litigation Costs of $8,020.31.

8. This Court hereby dismisses all claims asserted against Defendant Sogeti USA, LLC in this Litigation in their entirety without prejudice, which shall convert to with prejudice on the date Plaintiffs' Counsel files the opt-in consents and releases contained on the negotiated settlement checks with the Court. This Court shall retain jurisdiction solely for the purpose of implementing and enforcing the terms of the Settlement Agreement.

9. The Clerk is directed to enter judgment consistent with this Order.

Date: 2/12/2018

_____
The Hon. Matthew F. Kennelly
United States District Judge